# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN
# MADISON DIVISION

| | | |
|---|---|---|
| **JOAN LOCH,** Individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**<br><br>*Defendant.* | § § § § § § § § § § § § § | Civil Action No. 3:2022-cv-00213<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. §216(b)**<br><br>**CLASS ACTION PURSUANT TO FED. R. CIV. P. 23** |

### PLAINTIFF'S OPPOSED PRE-DISCOVERY MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT-SUPERVISED NOTICE TO PUTATIVE CLASS MEMBERS PURSUANT TO 29 U.S.C. §216(b)

**TO THE HONORABLE JAMES D. PETERSON:**

Plaintiff, Joan Loch, on behalf of herself and others similarly situated ("Plaintiffs and the Putative Class Members"), respectfully move, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), for entry of an order:

(1) Conditionally certifying the proposed collective FLSA class as defined below;

> **ALL CURRENT AND FORMER PERSONAL INJURY PROTECTION ADJUSTERS, MED PAY ADJUSTERS, AND NO-FAULT ADJUSTERS WHO WORKED FOR AMERICAN FAMILY MUTUAL INSURANCE, ANYWHERE IN THE UNITED STATES, AT ANY TIME FROM APRIL 7, 2019 THROUGH THE FINAL DISPOSITION OF THIS MATTER ("FLSA Class" or "FLSA Class Members")**

(2) Implementing a procedure whereby Court-approved Notice of Plaintiff's FLSA claims are sent (via U.S. Mail, e-mail, and text-message) to the FLSA Class Members:

(3) Approving a Reminder Email and Text-Message to be sent to Putative Class Members halfway through the 90-day notice period via email and text message; and

(4) Requiring Defendant to, within fourteen (14) days of this Court's order, identify all Putative Class Members by providing a list in electronic and importable format, of the names, addresses, phone numbers, and e-mail addresses of all Putative Class Members who worked for Defendant at any time within the three years preceding the date of the Court's order.

This Motion is based on the pleadings, memoranda, declarations, and argument of Counsel, should this Court permit a hearing on this Motion. The relief sought is appropriate for the reasons discussed in the Memorandum of Law below.

Date: June 29, 2022     Respectfully submitted,

By: /s/ *Clif Alexander*
**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Texas Bar No. 24045189
austin@a2xlaw.com
**Locke Henry** *(Pro Hac Vice Anticipated)*
Texas Bar No. 24118408
locke@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

By: /s/ *Summer Murshid*
**Summer Murshid**
Wisconsin Bar No. 1075404
smurshid@hq-law.com
**HAWKS QUINDEL, S.C.**
5150 N. Port Washington Road, Ste 243
Milwaukee WI, 53217
Telephone: (414) 271-8650
Facsimile: (414) 207-6079

*Counsel for Plaintiffs and the Putative Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Wisconsin using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander