**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

| | | |
|---|---|---|
| JOAN LOCH,<br>Individually and on behalf<br>of all others similarly situated<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, S.I.<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:2022-cv-00213<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. §216(b)<br><br>CLASS ACTION PURSUANT TO<br>FED. R. CIV. P. 23 |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINES

Plaintiff Joan Loch, individually and on behalf of all Putative Collective/Class Members ("Plaintiff") and Defendant American Family Mutual Insurance Company, S.I. ("Defendant") (collectively the "Parties"), hereby file this Joint Motion to Extend the Current Deadlines, in accordance with this Court's Scheduling Order, ECF No. 27. Currently the deadline to decertify any conditionally certified class and the deadline to move for Rule 23 class certification is February 17, 2023. *Id.* Further, the deadline to file dispositive motions is October 6, 2023. *Id.* The deadline to complete discovery is March 15, 2024. Currently, Plaintiff's Motion for Conditional Certification (the "Motion") is pending. ECF No. 19. As the scope of the current case is not yet known, the Parties respectfully request that the Court extend the deadline to decertify any conditionally certified class and the deadline to move for Rule 23 certification to June 30, 2023, and the deadline to file dispositive motions to January 29, 2024, to allow the parties a reasonable time for discovery following rulings on potential motions relating to certification or decertification.

WHEREFORE, the Parties respectfully requests that the Court grant this Joint Motion to Extend Dispositive Motions Deadlines and extend the deadline to decertify any conditionally certified

class and the deadline to move for Rule 23 certification to June 30, 2023, and the deadline to file dispositive motions to January 29, 2024.

Date:   February 17, 2023                    Respectfully submitted,

                                          By:   /s/ *Clif Alexander*
                                                **Clif Alexander**
                                                Texas Bar No. 24064805
                                                clif@a2xlaw.com
                                                **Austin W. Anderson**
                                                Texas Bar No. 24045189
                                                austin@a2xlaw.com
                                                **Carter Hastings** *(Pro Hac Vice Anticipated)*
                                                Texas Bar No. 24101879
                                                carter@a2xlaw.com
                                                **ANDERSON ALEXANDER, PLLC**
                                                819 N. Upper Broadway
                                                Corpus Christi, Texas 78401
                                                Telephone: (361) 452-1279
                                                Facsimile: (361) 452-1284

                                          By:   /s/ *Summer Murshid*
                                                **Summer Murshid**
                                                Wisconsin Bar No. 1075404
                                                smurshid@hq-law.com
                                                **HAWKS QUINDEL, S.C.**
                                                5150 N. Port Washington Road, Ste 243
                                                Milwaukee WI, 53217
                                                Telephone: (414) 271-8650
                                                Facsimile: (414) 207-6079

                                                *Counsel for Plaintiff and the Putative Collective/Class Members*

Date:   February 17, 2023                    Respectfully submitted,

                                          By:  /s/ *Kendra D. Simmons*
                                                Bridget R. Penick (IA AT#6147)
                                                Kendra D. Simmons (IA AT#26286)

        **FREDRIKSON & BYRON, P.A.**
        111 East Grand Avenue, Suite 301
        Des Moines, IA 50309
        Telephone: 515.242.8900
        bpenick@fredlaw.com
        ksimmons@fredlaw.com

By: */s/ Joseph M. Sokolowski*
     Joseph M. Sokolowski (MN #0178366) (pro hac vice)
     **FREDRIKSON & BYRON, P.A.**
     200 South Sixth Street, Suite 4000
     Minneapolis, MN 55402-1425
     Telephone: 612.492.7000
     jsokolowski@fredlaw.com

     ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Wisconsin, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                      */s/ Clif Alexander*
                                                      Clif Alexander